UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | No. 3:10-cr-00163 |
| | ) | Judge Trauger |
| ANTONIO WASHINGTON | ) | |

**O R D E R**

Before the court is a motion by Antonio Washington to reduce his sentence.[1] (Docket No. 2056). Washington's motion appears to rely on Amendment 782 to the United States Sentencing Guidelines, which is currently anticipated to go into effect on November 1, 2014, and to apply retroactively. (*Id.*)("I'm writing on behalf of the "2 points reducing.").

The United States is **DIRECTED** to reply to the motion filed by Washington within thirty (30) days of receipt of this order.

It is so **ORDERED.**

Aleta A. Trauger
United States District Judge

---

[1] On June 21, 2011, the court accepted Washington's plea of guilty to Count 1 of the superseding indictment, which charged conspiracy to participate in racketeering activity in violation of 18 U.S.C. § 1962(d). (Docket No. 640). On October 6, 2011, the court sentenced Washington to imprisonment for ninety-six months. (Docket No. 764).